IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. Y-98-2881 |
| v. | : | |
| BETTY L. MCKNIGHT, | : | |
| Defendant. | : | |

...oooOooo...

### ORDER

Upon consideration of plaintiff's motion,

IT IS this 1st day of October, 1999.

ORDERED that the deadline for plaintiff to file its Motion for Default Judgment and the SAME HEREBY IS extended for a period through and including November 12, 1999.

JOSEPH H. YOUNG
UNITED STATES DISTRICT JUDGE